UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**WELLS FARGO BANK, NA,**

**Plaintiff,**

-v-

**CHARLES L. CLARK, et al.,**

**Defendants.**

Case No. 3:07-CV-246

Judge Thomas M. Rose

**ENTRY AND ORDER DISSOLVING SHOW CAUSE ORDER AND GRANTING PLAINTIFF'S MOTION TO DISMISS (Doc. #26)**

On November 15, 2007, this Court entered an order requiring Plaintiff to submit evidence showing that they had standing when the Complaint was filed and that this Court had diversity jurisdiction when the Complaint was filed. On February 20, 2008, Plaintiff submitted an Amended Foreclosure Compliance Affidavit (doc. # 31) which removes this Court's current doubts regarding standing and diversity jurisdiction. Therefore, the November 15, 2007 Show Cause Order in this case is hereby DISSOLVED.

Also pending in this matter is Plaintiff's Motion To Dismiss (doc. #26) the unknown spouse (if any) of Charles L. Clark and the unknown spouse (if any) of Nevin Clark. The time for filing a response to this Motion has run and no response has been filed. Therefore, Plaintiff's Motion To Dismiss (doc. #26) is GRANTED.

**DONE** and **ORDERED** in Dayton, Ohio this Thirtieth day of May, 2008.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record